Jesse James **MARSHALL**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 39590.

Court of Criminal Appeals of Texas.

April 27, 1966.

No attorney of record on appeal for appellant.

Henry Wade, Dist. Atty., W. John Allison, Jr., Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is indecent exposure (Art. 535c Vernon's Ann.P.C.); the punishment, 5 years.

The record is before us without a statement of facts or bills of exception.

The transcript reveals that notice of appeal was entered as a part of the sentence. It also contains a motion to withdraw such notice of appeal filed thereafter which bears the endorsement of the trial court granting the motion.

The appeal is dismissed.